BERASHICK v. RITTER. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Abraham Berashick against Leo Ritter. No opinion. Motion denied, with $10 costs. Order filed.

BERINGER v. FRAWLEY. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Alvin S. Beringer against Patrick J. Frawley. No opinion. Motion granted, without costs. Order filed. See, also, 132 N. Y. Supp. 1122.

BERLINGER et al., Appellants, v. Mac-DONALD, Respondent. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Milton Berlinger and others against Dwight MacDonald. W. Loewenthal, for appellants. A. C. Bostwick, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 133 N. Y. Supp. 522.

BERMANT, Appellant, v. GILLIES, Respondent. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by Jacob W. Bermant against William F. Gillies. A. Furber, for appellant. R. L. Noah, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BERNHARD, Respondent, v. BERNHARD et al., Appellants. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by Paul Bernhard against Martha Bernhard and another. A. A. Mayper, for appellants. O. Horwitz, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 133 N. Y. Supp. 1112.

BEST, Respondent, v. KILLIP, Appellant. (Supreme Court, Appellate Division, Second Department. May 2, 1912.) Action by John A. Best against Frank B. Killip. No opinion. Order affirmed, with $10 costs and disbursements.

BIER v. 25TH CONSTRUCTION CO. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by Siegfried M. Bier against the 25th Construction Company. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

BILLINGS, Respondent, v. SHAW et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 17, 1912.) Action by George S. Billings, as receiver, etc., against James G. Shaw and others.

PER CURIAM. Judgment affirmed, with costs. See, also, 121 App. Div. 900, 105 N. Y. Supp. 1107.

BURR, J., dissents.

BIRD, Appellant, v. NEW YORK, O. & W. R. CO., Respondent, et al. (Supreme Court, Appellate Division, Second Department. May 1, 1912.) Action by Hobart S. Bird against the New York, Ontario & Western Railroad Company and another.

PER CURIAM. Order denying motion for reargument affirmed, without costs, and order directing the trial of the action at Special Term reversed, without costs, upon the ground that the complaint does not state a cause of action in equity, as both parties concede that the plaintiff has no enforceable lien; but the court expresses no opinion as to the sufficiency of the complaint in an action of law.

In re BIRDSEYE. (Supreme Court, Appellate Division, First Department. May 24, 1912.) In the matter of Clarence F. Birdseye. No opinion. Motion granted; respondent to have the right to examine witness, either orally or by written interrogatories. Settle order on notice. See, also, 130 N. Y. Supp. 1105.

BLACKMAN v. LEIZERKOWITZ et al. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) In the matter of the supplementary proceedings of Harris Blackman, judgment creditor, against Philip Leizerkowitz and others, judgment debtors. No opinion. Motion granted, without costs.

In re BLACKWELL'S ISLAND BRIDGE. (Supreme Court, Appellate Division, First Department. May 17, 1912.) In the matter of Blackwell's Island Bridge. No opinion. Order affirmed, with costs. Order filed. See, also, 133 App. Div. 896, 118 N. Y. Supp. 1095.

BLEWETT, Appellant, v. HART et al., Respondents. (Supreme Court, Appellate Division, First Department. April 19, 1912.) Action by Margaret Blewett against Roger S. Hart and others. C. Goldzier, for appellant. C. G. F. Wahle, for respondents. No opinion. Order affirmed, with costs. Order filed.

BLOCK, Appellant, v. BLOCK, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 1, 1912.) Action by Emanuel J. M. Block against Mabel M. Block. No opinion. Appeal dismissed, without costs, upon stipulation filed.

BLOCK, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 29, 1912.) Action by Alvin Block against Watson A. Brown. No opinion. Judgment and order affirmed, with costs.

In re BOARD OF EDUCATION OF UNION FREE SCHOOL DIST. NO. 8 OF TOWN OF CORTLANDT, WESTCHESTER COUNTY. (Supreme Court, Appellate Division, Second Department. May 24, 1912.) In the matter